UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
IRON WORKERS LOCAL NO. 25 PENSION : Civil Action No. 12-cv-03698
FUND, Individually and On Behalf of All :
Others Similarly Situated, : CLASS ACTION
:
                Plaintiff, : NOTICE OF VOLUNTARY DISMISSAL
: WITHOUT PREJUDICE
vs. :
:
INTRALINKS HOLDINGS, INC., et al., :
:
                Defendants. :
:
----------------------------------------x

723618_1

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, plaintiff Iron Workers Local No. 25 Pension Fund ("Plaintiff") filed a putative class action complaint on behalf of itself and all others similarly situated against IntraLinks Holdings, Inc. ("IntraLinks"), Patrick J. Wack, Jr., Brian J. Conway, Peter Gyenes, Thomas Hale, Habib Kairouz, Robert C. McBride, Harry D. Taylor, J. Andrew Damico, Anthony Plesner; and certain underwriters, Morgan Stanley & Co. Inc., Jefferies & Co., Inc., Lazard Capital Markets LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc. and Pacific Crest Securities LLC in the Supreme Court of the State of New York, County of New York on May 1, 2012, captioned *Iron Workers Local No. 25 Pension Fund. v. IntraLinks Holdings, Inc.*, Case No. 651448/2012 (N.Y. Supr. Ct.) ("Complaint");

WHEREAS, on May 9, 2012, defendant IntraLinks filed a Notice of Removal to the United States District Court for the Southern District of New York.  The action is now captioned *Iron Workers Local No. 25 Pension Fund. v. IntraLinks Holdings, Inc.*, Civil Action No. 12-cv-03698 (S.D.N.Y.);

WHEREAS, no defendant in this action has answered or filed for summary judgment; and

WHEREAS, a class has not been certified in this action.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P.41(a)(1), Plaintiff voluntarily dismisses the Complaint without prejudice.

DATED: June 19, 2012               ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                   SAMUEL H. RUDMAN


                                   _____
                                         s/ Samuel H. Rudman
                                      SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
BENNY C. GOODMAN III
EDWARD M. GERGOSIAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

SULLIVAN, WARD, ASHER & PATTON, P.C.
MICHAEL J. ASHER
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000
Telephone: 248/746-0700
248/746-2760 (fax)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 19, 2012.

s/ Samuel H. Rudman
SAMUEL H. RUDMAN

ROBBINS GELLER RUDMAN
&amp; DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

E-mail: srudman@rgrdlaw.com

723618_1

# Mailing Information for a Case 1:12-cv-03698-TPG

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary Kathryn Dulka**
  mdulka@goodwinprocter.com

- **Mark Holland**
  mholland@goodwinprocter.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`